# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 2, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156448(52)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JESSE JAMES SWEENEY,
      Defendant-Appellant.

_____/

SC: 156448
COA: 330662
Barry CC: 14-001015-FC

On order of the Chief Justice, the motion of defendant-appellant to exceed the page limitation for the application for leave to appeal is GRANTED. The 69-page application submitted on September 11, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 2, 2018



Clerk